UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL AND NELSON WAYNE MCDANIEL, | ) ) ) | Case No. 1:24-cv-203 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Susan K. Lee |
| CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC., | ) ) ) ) ) | |
| *Defendants*. | ) | |

**ORDER**

Plaintiffs Jennifer Crystal McDaniel and Nelson Wayne McDaniel filed their complaint on May 20, 2024, against Defendants City of Chattanooga and Fortwood Neighborhood Association, Inc., in the Chancery Court for Hamilton County, Tennessee. Defendant City of Chattanooga filed a notice of removal on June 21, 2024. Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

28 U.S.C. § 1448 provides:

> In all cases removed from any State court to any district court of the United States in which any one or more of the defendants has not been served with process . . . service may be completed or new process issued in the same manner as in cases originally filed in such district court.

More than 90 days have now passed since the complaint was filed, and there is no evidence in the record to suggest that Plaintiffs have timely served Defendant Fortwood Neighborhood Association. Accordingly, Plantiffs are hereby **ORDERED** to file a response showing good cause as to why this action should not be dismissed without prejudice as to Fortwood Neighborhood Association pursuant to Rule 4(m). Plaintiffs' response is due on or before **September 5, 2024**. Plaintiffs are hereby **ON NOTICE** that failure to show cause by the date specified in this Order will result in Fortwood Neighborhood Association being dismissed from this action without prejudice for failure to prosecute.

    **SO ORDERED.**

    */s/ Travis R. McDonough*
    **TRAVIS R. MCDONOUGH**
    **UNITED STATES DISTRICT JUDGE**