UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **JENNIFER CRYSTAL MCDANIEL AND NELSON WAYNE MCDANIEL,** | * * |
| | • CASE NO. 1:24-cv-203 |
| *Plaintiffs,* | * * |
| v. | * Judge Travis R. McDonough * * |
| **CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC.** | * Magistrate Susan K. Lee * * * |
| *Defendants.* | * |

## JURY DEMAND OF PLAINITFFS
## JENNIFER CRYSTAL MCDANIEL AND NELSON WAYNE MCDANIEL

Pursuant to Fed. R. Civ. P. 38, Plaintiffs, Jennifer McDaniel ("J. McDaniel") and Nelson McDaniel ("N. McDaniel") (also referred to herein as "Plaintiffs") hereby demand a trial by jury in the above captioned action of all issues triable by jury.

RESPECTFULLY SUBMITTED:

By: s/CURTIS L. BOWE, III
Curtis L. Bowe, III
BPR#017037

**BOWE & ASSOCIATES, PLLC**
6120 Shallowford Road, Suite 107
Chattanooga, Tennessee 37402
Telephone: (423) 475-6070
Facsimile: (423) 475-6072
*Attorney for Jennifer McDaniel and Nelson McDaniel*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this pleading was forwarded by electronic mail and United States Mail to the following interested parties this the 13th day of December, 2024.

David Noblett, Esq.
Gunnar Garner, Esq.
Leitner Williams Dooley Napolitan PLLC
Tallan Building, Suite 500
200 West MLK Boulevard
Chattanooga, Tennessee 37402

Andrew Trundle, Esq.
Chritopher McKnight, Esq.
Azarius Yanez, Esq.
Office of the City Attorney
100 East 11th Street, Suite 200
Chattanooga, Tennessee 37402

            BY: s/CURTIS L. BOWE, III
              Curtis L. Bowe, III, Esq.