UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **JENNIFER CRYSTAL MCDANIEL** and **NELSON WAYNE MCDANIEL** | : | |
| **Plaintiffs,** | : | Case Number: 1:24-cv-00203 |
| v. | : | |
| **CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC.** | : | |
| **Defendants.** | : | |

## STATUS REPORT OF CONFERENCE TO RESOLVE CASE

Pursuant to the scheduling order, counsel for all Parties met via video conference on January 29, 2025, to discuss possible resolution of this matter. The Parties were unable to resolve the case but did discuss possible routes to resolution to be explored in the near future. The Parties will continue to work toward resolution among themselves and, if unsuccessful, will attend mediation with an agreed-upon mediator on or before February 21, 2025.

Dated this 31st day of January, 2025.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By:   s/Andrew S. Trundle
      ANDREW S. TRUNDLE (BPR #30381)
      CHRISTOPHER MCKNIGHT (BPR #34351)
      AZARIUS YANEZ (BPR #36266)
      *Assistant City Attorneys*
      100 E. 11th Street, Suite 200
      Chattanooga, TN 37402
      (423) 643-8250 (telephone)

      *Attorneys for the City of Chattanooga*

BOWE & ASSOCIATES, PLLC

By:   s/Curtis L. Bowe (by AST w/permission)
      CURTIS L. BOWE, III (BPR #017037)
      6120 Shallowford Road, Suite 107
      Chattanooga, TN 37421
      (423) 475-6070 (telephone)
      (423) 475-6072 (facsimile)

*Attorney for Plaintiffs*
*Jennifer and Nelson McDaniel*

LEITNER, WILLIAMS, DOOLEY &
NAPOLITAN, PLLC

By:   s/ David W. Noblit (by AST w/permission)
      DAVID W. NOBLIT (BPR #006685)
      GUNNER L. GARNER (BPR #040254)
      Tallen Building, Suite 500
      200 West MLK Blvd.
      Chattanooga, TN 37402
      (423) 265-0214 (telephone)
      (423) 266-5490 (facsimile)

*Attorneys for Defendant*
*Fort Wood Neighborhood Association, Inc.*