UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL AND NELSON WAYNE MCDANIEL, *Plaintiffs,* | ) ) ) ) | CASE NO. 1:24-CV-203 |
| v. | ) ) | Judge Travis R. McDonough |
| CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC. *Defendants.* | ) ) ) ) ) | Magistrate Susan K. Lee |

**NOTICE**

Comes now Plaintiffs Jennifer Crystal McDaniel ("JM") and Nelson McDaniel ("NM"), ( and collectively referred to herein as "McDaniels"), by and through counsel and provide Notice to the Court and Defendants and their Counsel that the service dog (aka Tank) they owned which required the fence giving rise to the controversy has been euthanized because of sudden illness. The Plaintiffs have a replacement service animal arriving February 4, 2025, and as a result a controversy still exists. However, out of an abundance of caution Plaintiffs and their counsel would address any issues which might create a problem or misrepresentation to the Court regarding the service animal.

**BASED ON THE FOREGOING,** the McDaniels respectfully request this Honorable Court take notice that the service animal originally subject to this controversy has passed; however, a replacement service animal will be on site on Tuesday, February 4, 2025.

RESPCTFULLY SUBMITTED:

BOWE & ASSOCIATES, PLLC

By: */s/ Curtis Lee Bowe, III*
Curtis Lee Bowe, III (BPR 017037)
6120 Shallowford Road, Suite 107
Chattanooga, Tennessee 37421
(423) 475.6070 (Telephone)
(423 475.6072 (Facsimile)
*Attorney for Jennifer McDaniel and Nelson McDaniel*

CERTIFICATE OF SERVICE

    This is to certify that a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    Andrew W. Trundle, Esq.
    Christopher L. McKnight, Esq.
    Office of the City Attorney City of Chattanooga
    100 E. 11th Street, Suite 200
    Chattanooga, Tennessee 37402


    Fortwood Neighborhood Association, Inc.
    c/o Diana Davies
    806 Vine Street
    Chattanooga, Tennessee 37403

By: */s/ Curtis Lee Bowe, III*