UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:24-CV-203 |
| v. | ) ) | Judge Charles E. Atchley, Jr |
| CITY OF CHATTANOOGA and FORT WOOD NEIGHBORHOOD ASSOCIATION, INC., | ) ) ) ) ) | Magistrate Michael J. Dumitru |
| Defendants. | ) | |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FORT WOOD NEIGHBORHOOD ASSOCIATION, INC. F.R.C.P. 41(a)**

COME the parties, by and through counsel, and announce to the Court that the Plaintiffs have agreed to voluntarily dismiss Defendant Fort Wood Neighborhood Association, Inc. (hereinafter "FWNA"), without prejudice. The parties respectfully request that this Honorable Court enter an Agreed Order dismissing the Plaintiffs' claims against Defendant FWNA. Attached hereto is an Agreed Order approved by all counsel.

Respectfully submitted,

**BOWE & ASSOCIATES, PLLC**

BY:   /s/ Curtis Lee Bowe, III
**CURTIS LEE BOWE, III (TN BPR #017037)**
6120 Shallowford Road, Suite 107
Chattanooga, TN 37421
(423) 475-6070
(423) 475-6072 – Fax
curtisbowe@boweandassociates.com
*Attorney for Plaintiffs*

**OFFICE OF THE CITY ATTORNEY**

BY:    /s/ Andrew S. Trundle
       **ANDREW S. TRUNDLE (TN BPR #030381)**
       **CHRISTOPHER L. MCKNIGHT (TN BPR #034351)**
       **AZARIUS J. YANEZ (TN BPR #036266)**
       100 E. 11th Street, Suite 200
       Chattanooga, TN 37402
       (423) 643-8250
       (423) 643-8255 – Fax
       atrundle@chattanooga.gov
       cmcknight@chattanooga.gov
       ayanez@chattanooga.gov
       *Attorneys for Defendant, City of Chattanooga*

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

BY:    /s/ David W. Noblit
       **DAVID W. NOBLIT (TN BPR # 006685)**
       **GUNNER L. GARNER (TN BPR #040254**
       Tallan Building, Suite 500
       200 W. M.L. King Blvd.
       Chattanooga, TN 37402-2566
       (423) 265-0214
       (423) 266-5490 – Fax
       david.noblit@leitnerfirm.com
       gunner.garner@leitnerfirm.com
       *Attorneys for Defendant,*
         *Fort Wood Neighborhood Association, Inc.*