UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JENNIFER CRYSTAL MCDANIEL and       )
NELSON WAYNE MCDANIEL,              )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )          No. 1:24-cv-203-MJD
                                    )
CITY OF CHATTANOOGA,                )
                                    )
        Defendant.                  )

## **ORDER**

Plaintiffs Crystal and Nelson McDaniel filed this lawsuit to challenge a city ordinance/zoning guideline prohibiting six-foot-tall privacy fences in the area where Plaintiffs reside. Plaintiffs erected such a fence on property they lease due to the characteristics of their large former service dog. After they were instructed to remove the fence by the Chattanooga Historic Zoning Commission, they filed suit. On February 3, 2025, during the pendency of this case, Plaintiffs notified the Court the original service dog was euthanized [Doc. 24], but a replacement service dog was forthcoming. Accordingly, the Court conducted a status conference on March 7, 2025.

As addressed during the status conference, the operative complaint in this case is replete with references to Plaintiffs' former service dog and its alleged characteristics which, according to Plaintiffs, necessitated the fence. [*See* Doc. 1-2]. Although the deadline for amending the pleadings is long expired [*see* Doc. 22], all parties agreed during the status conference that the complaint should be amended to address Plaintiffs' claims in the context of the new service dog.

Accordingly, Plaintiffs are **ORDERED** to file a motion to amend their complaint **14 DAYS** of entry of this order. The proposed amendment **SHALL** reflect the new service dog. To the extent Plaintiffs seek to make any other changes to the operative complaint, they are **ORDERED** to address not only applicable standards for amending pleadings, but also applicable standards for seeking an extension to a scheduling order deadline after it has expired.

SO ORDERED.

ENTER:

/s/
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE