UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL | : : : | |
| Plaintiffs, | : : | Case Number: 1:24-cv-00203 |
| v. | : : | |
| CITY OF CHATTANOOGA AND JW HOLDINGS, LLC, | : : : : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL

Counsel for the Defendant, City of Chattanooga notifies the Court, and all parties and counsel of record, that Azarius Yanez is withdrawing as counsel for the City of Chattanooga in this case. Further representation of the City of Chattanooga will be conducted by other counsel of record in this case from the Office of the City Attorney.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: /s/ Azarius Yanez
ANDREW TRUNDLE (BPR #30381)
CHRISTOPHER MCKNIGHT (BPR #34351)
AZARIUS YANEZ (BPR #36266)
*Assistant City Attorneys*
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250 (telephone)
(423) 643-8255 (facsimile)

## CERTIFICATE OF SERVICE

      This is to certify that the undersigned has this day served a true and correct copy of the foregoing pleading by email and/or depositing same in the United States mail, postage prepaid, and addressed to the following:

      Curtis L. Bowe, III, Esq.
      Bowe & Associates, PLLC
      6120 Shallowford Road, Suite 107
      Chattanooga, TN 37421

      Robert W. Wheeler, Esq.
      Patrick, Beard, Schulman & Jacoway, P.C.
      537 Market Street, Suite 300
      Chattanooga, TN 37402

      This 13th day of June, 2024.

                                                By: /s/ Azarius Yanez
                                                      ANDREW TRUNDLE
                                                      CHRISTOPHER MCKNIGHT
                                                      AZARIUS YANEZ

Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250
(423) 643-8255