UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| CRYSTAL MCDANIEL AND NELSON MCDANIEL<br><br>PLAINTIFFS,<br><br>V.<br><br>CITY OF CHATTNOOGA AND JW HOLDINGS, LLC,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>) NO. 1:24-CV-203-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT PURSUANT TO LOCAL RULE 12.1**

Comes now Defendant JW Holdings, LLC ("JWH"), by and through counsel, and provides notice pursuant to Local Rule 12.1(a) that counsel for all parties have stipulated to a twenty-one (21) day extension of time for JWH to respond to Plaintiffs Crystal McDaniel and Nelson McDaniel's Amended Complaint [Doc. 38]. Undersigned counsel accepted service of the issued summons [Doc. 41] on behalf of JWH on June 6, 2025. Accordingly, JWH's response to the Amended Complaint shall be due on or before July 18, 2025.

Respectfully submitted,

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: /s/Robert W. Wheeler
Robert W. Wheeler, TN BPR #034485
537 Market Street, Suite 300
Chattanooga, Tennessee 37402
Telephone: (423) 756-7117
Facsimile: (423) 267-5032
rwheeler@pbsjlaw.com
*Attorney for Defendant JW Holdings, LLC*

1

## Certificate of Service

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon counsel for all parties at interest via the Court's ECF filing system.

This 13th day of June, 2025.

By: /s/Robert W. Wheeler