UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL | : : : | |
| Plaintiffs, | : : | Case Number: 1:24-cv-00203 |
| v. | : : | |
| CITY OF CHATTANOOGA | : : | |
| Defendant. | : : | |

## CITY OF CHATTANOOGA'S DISCLOSURES UNDER RULE 26(a)(2)

Comes now Defendant, City of Chattanooga (the "City") by and through counsel, and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, discloses that the City anticipates the following individuals may testify as experts for the City:

1. Cassie Cline, Development Review Planner—Historic Zoning, City of Chattanooga, 1250 Market Street, Chattanooga, Tennessee 37402, (423) 643-5834. Ms. Cline will testify regarding the City's historic zoning guidelines and relevant regulations and enforcement practices.

2. Toni Morgan, Compliance Officer, City of Chattanooga, 100 E. 11th Street, Suite 200, Chattanooga, Tennessee 37402, (423) 643-8240. Ms. Morgan will testify about the City's obligations under the ADA and FHA and how these regulations interact with other laws and ordinances.

3. All individuals identified as experts by the Plaintiffs.

4. Any other witness who is identified as an expert through the discovery process.

5. Any expert witness necessary for rebuttal.

Page **1** of **3**

Case 1:24-cv-00203-MJD    Document 50    Filed 10/28/25    Page 1 of 3    PageID #: 264

6. The City reserves the right to supplement and amend this disclosure as necessary.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: s/Andrew Trundle
ANDREW TRUNDLE (BPR #30381)
CHRISTOPHER MCKNIGHT (BPR #34351)
*Assistant City Attorneys*
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250 (telephone)
(423) 643-8255 (facsimile)

*Attorneys for the City of Chattanooga*

Page **2** of **3**

Case 1:24-cv-00203-MJD   Document 50   Filed 10/28/25   Page 2 of 3   PageID #: 265

## CERTIFICATE OF SERVICE

      This is to certify that a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Curtis L. Bowe, III, Esq.
      Bowe & Associates, PLLC
      6120 Shallowford Road, Suite 107
      Chattanooga, TN 37421

This 28th day of October, 2025.

      s/Andrew Trundle
      ANDREW TRUNDLE
      CHRISTOPHER MCKNIGHT

Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, TN  37402
(423) 643-8250
(423) 643-8255