UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL | : : : | |
| Plaintiffs, | : : | Case Number: 1:24-cv-00203 |
| v. | : : | |
| CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC. | : : : : | |
| Defendants. | : | |

### CITY OF CHATTANOOGA'S FINAL WITNESS LIST

Comes now Defendant, City of Chattanooga (the "City") by and through counsel, and pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, files its final witness list as follows:

I. The City expects to present the following witnesses:

    a. Cassie Cline, Development Review Planner for City of Chattanooga

    b. Toni Morgan, Compliance Officer for City of Chattanooga

    c. Jack Martin, Owner/Landlord

    d. Jennifer Crystal McDaniel, Plaintiff

    e. Nelson Wayne McDaniel, Plaintiff

    f. Any witness identified by Plaintiffs

II. The City may present the following witnesses if the need arises.

    a. Skip Pond, CHZC Chair

    b. Clif McCormick, CHZC Member

c. John Brennan, CHZC Member

d. Piper Stromatt, CHZC Member

e. Nathaniel Bird, CHZC Member

f. Todd Morgan, CHZC Member

g. Matt McDonald, CHZC Member

h. Dana Moody, CHZC Member

i. Melissa Mortimer, Prior Development Review Planner for City of Chattanooga

   HNTB
   511 Union Street, Ste. 2300
   Nashville, TN 37219
   615-716-7680

The City reserves the right to amend this list if further necessary witnesses are identified through ongoing discovery.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: s/Andrew Trundle
ANDREW TRUNDLE (BPR #30381)
CHRISTOPHER MCKNIGHT (BPR #34351)
*Assistant City Attorneys*
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250 (telephone)
(423) 643-8255 (facsimile)

*Attorneys for the City of Chattanooga*

## CERTIFICATE OF SERVICE

       This is to certify that a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

       Curtis L. Bowe, III, Esq.
       Bowe & Associates, PLLC
       6120 Shallowford Road, Suite 107
       Chattanooga, TN 37421

       This 10th day of November, 2025.

                                           s/Andrew Trundle
                                           ANDREW TRUNDLE
                                           CHRISTOPHER MCKNIGHT

Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, TN  37402
(423) 643-8250
(423) 643-8255