UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER CRYSTAL MCDANIEL AND NELSON WAYNE MCDANIEL, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC. <br><br> *Defendants.* | CASE NO. 1:24-cv-203 <br><br> Judge Travis R. McDonough <br><br> Magistrate Michael J. Dumitru |

**PLAINITFFS' RULE 26(A)(3) FINAL WITNESS LIST**

Comes now Plaintiffs Jennifer Crystal McDaniel and Nelson Wayne McDaniel ("Plaintiffs") by and through counsel, and pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, files their Final Witness list as follows:

I. Plaintiffs exp to present the following witnesses:

II.   a. Jennifer McDaniel

    b. Nelson McDaniel

    c. Unidentified City of Chattanooga Employees and Council Members who may be called by Defendant City of Chattanooga.

    d. Unidentified Fortwood Neighborhood Association Decisionmakers, Members, Board Members, and participants who may be called by Defendant City of Chattanooga.

    e. Homeowners of 511 Central Avenue A Chattanooga, Tennessee 37403 who may be called by the City of Chattanooga or otherwise identified through discovery.

1

  f. William C. Haisten, Jr., The Haisten Group, LLC.

 III. Plaintiffs reserve their right to supplement and amend this disclosure. Plaintiffs further reserve the right to call any witnesses to rebut and testimony proffered by the City of Chattanooga witnesses identified herein.

**RESPECTFULLY SUBMITTED:**

            **By**: s/CURTIS L. BOWE, III
              Curtis L. Bowe, III
              BPR#017037

            **BOWE & ASSOCIATES, PLLC**
            6120 Shallowford Road, Suite 107
            Chattanooga, Tennessee 37402
            Telephone: (423) 475-6070
            Facsimile: (423) 475-6072
            *Attorney for Jennifer McDaniel and*
            *Nelson McDaniel*

**CERTIFICATE OF SERVICE**

**I hereby certify that a true and exact copy of this pleading was forwarded by electronic mail and United States Mail to the following interested parties this the 11th day of November, 2025.**

**Andrew Trundle, Esq.**
**Chritopher McKnight, Esq.**
**Azarius Yanez, Esq.**
**Office of the City Attorney**
**100 East 11th Street, Suite 200**
**Chattanooga, Tennessee 37402**

            **BY: s/CURTIS L. BOWE, III**
              **Curtis L. Bowe, III, Esq.**

2