UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:24-cv-203-MJD ) |
| CITY OF CHATTANOOGA, | ) ) |
| Defendant. | ) ) |

## ORDER REQUIRING STATUS UPDATE

This case is before the Court *sua sponte* for case management purposes. On June 25, 2025, the parties filed a Joint Motion to Continue Trial Date and Amend Scheduling Order [Doc. 44]. On July 10, 2025, the Court granted the Joint Motion and entered the Amended Scheduling Order [Doc. 45], which is the operative scheduling order for this case. The Amended Scheduling Order requires the parties to notify the Court on or before November 12, 2025, as to the status of their efforts to resolve this case [*id.* at Page ID # 231]. The November 12 deadline has now passed.

The Court acknowledges the current parties to the case—Plaintiffs Jennifer Crystal and Nelson Wayne McDaniel ("Plaintiffs"), and Defendant City of Chattanooga ("Defendant")— previously attempted to resolve the case but were unsuccessful. [*See* Doc. 23]. However, it appears the mediation or other case resolution efforts took place prior to the filing of the Amended Complaint and the Amended Scheduling Order, and prior to the dismissal of Plaintiffs' claims against JW Holdings, LLC, the owner of the property [Doc. 38; Doc. 45; Doc. 49]. Moreover, the December 9 deadline for filing dispositive motions has now also passed, and neither side filed a dispositive motion or sought an extension of time to do so. Any dispositive motion filed at this point is therefore subject to being summarily denied [Doc. 45 at Page ID # 232]. Trial is set for

February 24, 2026, and other pretrial deadlines will be upon the parties not long after the holiday season is over.

Accordingly, the parties are **ORDERED** to provide the Court with a jointly prepared status report on or before **DECEMBER 18, 2025**. The joint status report shall describe the current posture of the case, identify what legal and factual issues remain in dispute, detail the parties' more recent efforts to resolve all remaining claims, and provide any additional information the parties agree is relevant.

SO ORDERED.

ENTER:

/s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE