UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL | : : : | |
| Plaintiffs, | : : | Case Number: 1:24-cv-00203 |
| v. | : : : | |
| CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC. | : : : : : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Come now Plaintiffs Jennifer Crystal McDaniel and Nelson Wayne McDaniel and Defendant City of Chattanooga, by and through counsel, and pursuant to the Order Requiring Status Update of this Honorable Court on December 10, 2025, and give the following status update to the Court:

1. The Parties continue to discuss possible settlement of the issues in dispute in this case but have thus far not reached a consensus. No legal or factual issues have been fully resolved at this point.

2. The Parties continue to participate in discovery, both written and depositions, and anticipate the need for an extension to certain remaining deadlines and a continuance of the trial date. A joint motion for such will be filed shortly.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE


By: s/Andrew Trundle
    ANDREW TRUNDLE (BPR #30381)
    CHRISTOPHER MCKNIGHT (BPR #34351)
    *Assistant City Attorneys*
    100 E. 11th Street, Suite 200
    Chattanooga, TN 37402
    (423) 643-8250 (telephone)
    (423) 643-8255 (facsimile)

    *Attorneys for the City of Chattanooga*


BOWE & ASSOCIATES, PLLC

By: s/Curtis Bowe
    CURTIS L. BOWE, III (BPR #017037)
    6120 Shallowford Road, Suite 107
    Chattanooga, TN 37421
    (423) 475-6070 (telephone)
    (423) 475-6072 (facsimile)

    *Attorney for Plaintiffs*