UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER CRYSTAL MCDANIEL AND NELSON WAYNE MCDANIEL, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF CHATTANOOGA AND FORTWOOD NEIGHBORHOOD ASSOCIATION, INC. <br><br> *Defendants.* | CASE NO. 1:24-cv-203 <br><br> Judge Travis R. McDonough <br><br> Magistrate Michael J. Dumitru |

**PLAINITFFS' RULE 26(a)(3) PRE-TRIAL DISCLOSURES AND FINAL WITNESS LIST**

Comes now Plaintiffs Jennifer Crystal McDaniel and Nelson Wayne McDaniel ("Plaintiffs") by and through counsel, and pursuant to Rule 26(a)(3)(A)(i)(ii) and (iii) of the Federal Rules of Civil Procedure, files their Pre-trial Disclosures as follows:

I. Plaintiffs expect to present the following witnesses:

II. a. Jennifer McDaniel, Plaintiff who is expected to testify regarding her move to Chattanooga, locating a residence, her disabling conditions, her service animals, the need for accommodations, the specific accommodation requested of the City of Chattanooga, the City of Chattanooga's response in denying the accommodation to herself and to disabled citizens desiring to reside in Fortwood. She can be located through counsel at 6120 Shallowford Road, Suite 301, Chattanooga, Tennessee 37421.

b. Nelson McDaniel, Plaintiff who is expected to testify regarding his spouse's move to Chattanooga, locating a residence, his spouse's disabling conditions, his spouse's service animals, the need for accommodations, the specific

1

accommodation requested of the City of Chattanooga, the City of Chattanooga's response in denying the accommodation to his Wife and disabled citizens desiring to reside in Fortwood.

c. John Hayes, Animal Behavior Center, 1853 Polk Street, Chattanooga, Tennessee 37402 Who is expected to testify regarding the service animal training Bigs underwent to assist Crystal McDaniel with her disabling conditions providing necessary support for her when seizures, panic, anxiety, and other debilitating attacks begin allowing her to take appropriate measures to calm down or engage in appropriate coping mechanisms and recognize a debilitating event is imminent.

d. Unidentified City of Chattanooga Employees and Council Members who may be called by Defendant City of Chattanooga. They may be located at Development Resource Center 1250 Market Street Suite 1000 Chattanooga, Tennessee 37402. These individuals are expected to testify regarding The City of Chattanooga rules, policies and procedures regarding historic zoning ordinance and the City of Chattanooga's compliance with anti-discriminatory laws as well as providing accommodations to the disabled citizens of the City of Chattanooga desiring to live in Fortwood. He can be located through counsel at 6120 Shallowford Road, Suite 301, Chattanooga, Tennessee 37421.

e. Unidentified Fortwood Neighborhood Association Decisionmakers, Members, Board Members, and participants who may be called by Defendant City of Chattanooga. They may be found at 8 E. 3rd Street, Chattanooga, Tennessee 37403. These individuals are expected to testify as to Fortwood Ordinances, meetings, and the application process for variances or waivers as well as the

process Plaintiffs underwent in seeking accommodations which were discriminatorily denied to Plaintiffs.

f. Homeowners of 511 Central Avenue A, Chattanooga, Tennessee 37403 who may be called by the City of Chattanooga or otherwise identified through discovery. These individuals are expected to testify as to Fortwood Ordinances, meetings, and the application process for variances or waivers as well as the process Plaintiffs underwent in seeking accommodations which were discriminatorily denied to Plaintiffs.

g. Dr. Richard Lewis
   *Specialty:* Otoneurologist (Ear and Balance Disorders Specialist)
   *Facility:* Massachusetts Eye and Ear
   *Address:* 243 Charles Street, Boston, MA 02114
   *Telephone:* (617) 573-3501
   *Email:* Not publicly listed

h. Dr. Lynda LaChance
   *Specialty:* Primary Care / Internal Medicine
   *Address:* 807 Schenck Street, Suite 3, Shelby, NC 28150
   *Telephone:* (828) 245-7626
   *Email:* Not publicly listed

i. Dr. Erin Patterson
   *Specialty:* Psychiatry
   *Facility:* Patterson Psych Group, PLLC
   *Address:* 1554-C Union Road, Gastonia, NC 28054
   *Telephone:* (704) 288-1530
   *Email:* Not publicly listed

j.  Dr. Mary DiGiulio

   *Specialty:* Primary Care / Family Medicine

   *Address:* 1751 Gunbarrel Road, Suite 201, Chattanooga, TN 37421

   *Telephone:* (423) 778-8909

   *Email:* Not publicly listed

k.  Dr. Jon Hildebrand

   *Specialty:* Ophthalmology

   *Address:* 2158 Northgate Park Lane, Suite 302, Chattanooga, TN 37415

   *Telephone:* (423) 265-1651

   *Email:* Not publicly listed

l.  Dr. Ghodasra

   *Specialty:* Ophthalmology / Retina Specialist

   *Facility:* Southeastern Retina Associates

   *Address:* 1606 Gunbarrel Road, Suite 101, Chattanooga, TN 37421

   *Telephone:* (423) 756-1002

   *Email:* Not publicly listed

m.  William C. Haisten, Jr., The Haisten Group, LLC. Mr. Haisten may be called to rebut the City of Chattanooga's contention that the accommodation requested is outside the character of the fencing in Fortwood and that property values will not be diminished, nor the character of the neighborhood diminished by maintenance of the fence of the type required to accommodate Plaintiff Crystal McDaniel's service animal and prevent issues associated with passerby's causing disruption to the service animals' ability to avoid agitation or belief of encroachment or excess work to calm Plaintiff Cystal McDaniel's disabling conditions.

III. Plaintiffs intend to rely on the following documents in support of Plaintiffs' claims:

(i) Plaintiff Crystal McDaniel's medical records identified as:

1. Complex Post-Traumatic Stress Disorder (Complex PTSD)

2. Generalized Anxiety Disorder (GAD)

3. Vestibular Migraines

4. Non-Functioning Left Inner Ear (vestibular dysfunction causing chronic balance impairment, dizziness, and vertigo)

5. Dizziness and Vertigo

6. Panic Attacks

7. Psychogenic Non-Epileptic Seizures (PNES)

8. Partial Hole in the Macula (left eye) causing partial blindness

9. Macular Dystrophy (right eye)

10. Light Sensitivity (Photophobia) associated with vestibular and retinal disorders

(ii) Plaintiff's certifying documents supporting her disabling conditions and their respective diagnoses, diagnosis dates, treatment, and prescribed medications;

(iii) Various statutes under the Americans with Disabilities Act identified as:

1. Americans with Disabilities Act (ADA), 42 U.S.C. §12101 et seq.

2. Title II (§12132): The City, as a public entity, has discriminated against Mrs. McDaniel by failing to make reasonable modifications to its rules and policies (Fort Wood Design Guidelines) to avoid disability-based discrimination.

3. Title II Implementing Regulation (28 C.F.R. §35.130(b)(7)): Requires public entities to modify policies when necessary to avoid discrimination; the City failed to provide

or even consider such modification regarding the fence required for a service animal.

4. Title III (§12182(b)(2)(A)(ii)): The City's enforcement actions amount to denial of access to public benefits and services (in this case, housing code compliance and safety) without accommodation for disability.

5. Fair Housing Act (FHA), 42 U.S.C. §3601 et seq.

6. Section 3604(f)(2): Prohibits discrimination in the terms, conditions, or privileges of rental housing because of disability. The City's enforcement has denied Mrs. McDaniel the full use and enjoyment of her leased dwelling.

7. Section 3604(f)(3)(A)–(B): Requires housing providers and governing entities to allow reasonable modifications and accommodations necessary for individuals with disabilities.

8. The City's failure to allow a 6-foot shadow box fence as a reasonable accommodation for a service animal violates this section.

9. 42 U.S.C. §1988 – Attorney's Fees and Civil Rights Enforcement

Summary of Violations
In summary, the City of Chattanooga has violated:
1. U.S. Constitution: First, Fourth, and Fourteenth Amendments;

2. Tennessee Constitution: Article I, Sections 7, 8, 19, 22; and Article XI, Section 8;

3. Americans with Disabilities Act: Title II (42 U.S.C. §12132) and implementing regulations;

4. Fair Housing Act: 42 U.S.C. §3604(f)(2)–(3);

5. The City of Chattanooga's Historic Zoning Ordinances identified as:

    1. Zoning Ordinance.

2. Documents which demonstrate the need for accommodation including, but not limited to, police reports, such therapeutic notes and entries which support the disabling conditions and their respective treatment including but not limited to recommendations of accommodations.

3. Documents from the City of Chattanooga Historic Zoning Commission which address the refusal to provide accommodation for Plaintiff Crystal McDaniel's disabling conditions.

4. Documents supporting the qualifications and certifications of the service animal at issue for the requested accommodation

5. Plaintiffs reserve their right to supplement and amend this disclosure. Plaintiffs

further reserve the right to call any witnesses to rebut the testimony proffered by the City of Chattanooga witnesses or experts identified herein.

RESPECTFULLY SUBMITTED:

By: s/CURTIS L. BOWE, III
Curtis L. Bowe, III
BPR#017037

**BOWE & ASSOCIATES, PLLC**
6120 Shallowford Road, Suite 107
Chattanooga, Tennessee 37402
Telephone: (423) 475-6070
Facsimile: (423) 475-6072
*Attorney for Jennifer McDaniel and Nelson McDaniel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this pleading was forwarded by electronicmail and United States Mail to the following interested parties this the 23rd day of December, 2025.

Andrew Trundle, Esq.
Chritopher McKnight, Esq.
Azarius Yanez, Esq.
Office of the City Attorney
100 East 11th Street, Suite 200
Chattanooga, Tennessee 37402

                                              BY:   s/CURTIS L. BOWE, III
                                                    Curtis L. Bowe, III, Esq.