UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER CRYSTAL MCDANIEL and<br>NELSON WAYNE MCDANIEL,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF CHATTANOOGA,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 1:24-cv-203-MJD<br>)<br>)<br>)<br>)<br>) |

**ORDER AND NOTICE OF**
**FINAL PRETRIAL CONFERENCE**

1. <u>TRIAL SETTING</u>: The trial date is **February 24, 2026,** set in the Chattanooga Division before a jury.

2. <u>FINAL PRETRIAL CONFERENCE</u>: The final pretrial conference will be held in this case on **February 10, 2026, at 10:00 a.m. Eastern, in Courtroom 4 of the Joel Solomon Federal Courthouse**. All counsel who plan to participate in the trial must attend the final pretrial conference in person.

3. <u>MATTERS TO BE COMPLETED BEFORE FINAL PRETRIAL CONFERENCE</u>:

    (a) Electronic copies of the parties' exhibits and deposition transcripts for each witness whose testimony is designated in accordance with Fed. R. Civ. P. 26(a)(3)(A)(ii) were due to be submitted to the Court by email on **December 23, 2025** [Doc. 45 at Page ID # 232]. The parties are **ORDERED** to provide their exhibits and any deposition transcripts within **SEVEN DAYS** of entry of this Order.

    (b) The parties shall also submit to the Court, but not file in the record: (1) a

jointly prepared master list of all listed exhibits, in a chart form that will allow the Court to track whether an exhibit is introduced and/or admitted with/without objection; and (2) a jointly prepared chart listing any exhibits for which admissibility is *not* stipulated, which sets forth in summary form, the basis for the objection (*i.e.*, relevance, hearsay, etc.) to each exhibit and the response to the objection by the offering party.

(c) The master list of all exhibits and the chart for disputed exhibits shall be submitted to the Court by email at Dumitru_Chambers@tned.uscourts.gov, within **SEVEN DAYS** of entry of this Order.

(d) Any objections to deposition designations and any counter-designations shall be filed in the record within **SEVEN DAYS** of entry of this Order or they will be deemed waived. The parties shall include any evidentiary objections to the designated deposition testimony, plus any objections under Fed. R. Civ. P. 32(a). Responses shall be filed within **FOURTEEN DAYS** of entry of this Order.

(e) Counsel are directed to meet prior to the final pretrial conference and prepare a proposed final pretrial order, entitled "Final Pretrial Order," for filing on the record **at least TWO BUSINESS DAYS before the date of the final pretrial conference**. The parties' jointly proposed Final Pretrial Order shall be filed in the record in substantially the form set forth in Appendix A attached hereto. **Failure to file a proposed final pretrial order (in the form required) that is executed on behalf of all parties may result in**

**sanctions**. For the parties' convenience, the Appendix A form attached hereto will be sent to counsel via email in Word format.

4. The Court will, if possible and appropriate, endeavor to rule on outstanding matters at the final pretrial conference. Accordingly, counsel shall be prepared to discuss any unresolved pretrial matters and motions at the final pretrial conference.

SO ORDERED.

ENTER:

/s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

3

Case 1:24-cv-00203-MJD   Document 62   Filed 01/14/26   Page 3 of 3   PageID #: 307