JENNIFER CRYSTAL MCDANIEL and )
NELSON WAYNE MCDANIEL, )
          )
    Plaintiffs, )
          )
v. )    No. 1:24-cv-203-MJD
          )
CITY OF CHATTANOOGA, )
          )
    Defendant. )

## APPENDIX A

## (PROPOSED FINAL PRETRIAL ORDER)

    This matter having come before the Court on _____, at a pretrial conference pursuant to Federal Rule of Civil Procedure 16, and _____ having appeared as counsel for Plaintiff, and _____ having appeared as counsel for Defendants, the following action was taken:

(1)  ***Jurisdiction***:  This is an action for [*breach of contract, personal injury, etc.*]. Jurisdiction of the Court is invoked pursuant to _____ U.S.C. § _____. The jurisdiction of the Court is not [*disputed/not disputed*].

(2)  ***General Nature of the Claims of the Parties***:

    (a)  Stipulated  Facts: [*uncontroverted facts, including admitted jurisdictional facts and all other significant facts concerning which there is no genuine issue*].

    (b)  Plaintiffs' Theory: [*brief summary without detail*]

    (c)  Defendant's Theory: [*brief summary without detail*]

(3)  ***Contested Issues of Law***:  The contested issues of law are: [*briefly list/describe contested issues, including any pending motions*] **OR** There are no outstanding issues of law to be resolved.

1

(4)     **_Exhibits_**: The parties have disclosed all exhibits in accordance with Federal Rule of Civil Procedure 26(a)(3)(A). All exhibits to be introduced have been pre-marked with continuous numbering, beginning with the plaintiffs' exhibits then defendant's exhibits. The parties have prepared a joint list of exhibits in a chart form that will allow the Court to track whether an exhibit is introduced and/or admitted with/without objection. The parties previously submitted electronic copies of all exhibits to the Court via email.

The parties have endeavored to stipulate the admissibility of all exhibits. However, the parties cannot stipulate to the admissibility of the following exhibits: _____. **[_Counsel must work together to list, in a chart format, each disputed exhibit, the basis for the objection (i.e., relevance, hearsay, etc.), and the response to the objection. This joint chart must be provided to the Court by email at least two business days prior to the final pretrial conference._]**

(5)     **_Witnesses_**: The parties have disclosed all witnesses in accordance with Federal Rule of Civil Procedure 26(a)(3)(A). A list comprised of the names of all witnesses and their addresses and telephone numbers is as follows:

    (a)     List for plaintiff:

        _____

    (b)     List for defendants:

        _____

(6)     **_Other Matters_**:  This case is set for trial before the United States Magistrate Judge and a jury at 9:00 a.m. [Eastern] on _____ in the Chattanooga Division. Counsel shall be present at 8:30 a.m. [Eastern] on the first day of trial to take up any preliminary matters.  The probable length of trial is ____days.  The parties shall be prepared for trial on the date which has been assigned.

[NOTE TO COUNSEL: As it has been contended that the failure to include a jury demand in the final pretrial order is a waiver of the jury demand, your attention is invited to being certain to set forth your jury demand if it is your intention to have a jury trial.]

(7)     This final pretrial order shall supplant the pleadings.

APPROVED FOR ENTRY:

                          _____
                          MIKE DUMITRU
                          UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:


_____/s/_____
Attorney for Plaintiff



_____/s/_____
Attorney for Defendants