UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JENNIFER CRYSTAL MCDANIEL :
and NELSON WAYNE MCDANIEL :
 :
    Plaintiffs, : Case Number: 1:24-cv-00203
 :
v. :
 :
CITY OF CHATTANOOGA AND :
FORTWOOD NEIGHBORHOOD :
ASSOCIATION, INC. :
 :
    Defendants. :

### CITY OF CHATTANOOGA'S MOTIONS IN LIMINE

Comes now Defendant, City of Chattanooga (the "City") by and through counsel, and, pursuant to the specified Federal Rules of Civil Procedure ("F.R.C.P."), Federal Rules of Evidence ("F.R.E.") and the Orders of this Honorable Court in this matter, hereby moves this Honorable Court for an order excluding the introduction of certain documents into evidence as well as any reference to said documents in any argument, testimony or other portion of the trial of this matter. A Memorandum of Law is filed in support of these motions. Specifically, the City requests the following:

1. An Order excluding any exhibit not provided in compliance with the Order and Notice of Final Pretrial Conference (Document 62) issued by this Honorable Court on January 14, 2026.

2. An Order excluding any exhibit not listed on Plaintiffs' Pretrial Disclosures and Final Witness List (Document 60) pursuant to F.R.C.P. Rule 26.

Page **1** of **3**
Case 1:24-cv-00203-MJD  Document 64  Filed 01/27/26  Page 1 of 3  PageID #: 319

3. An Order excluding any records not accompanied by an affidavit or other certification of authenticity by the record keeper, pursuant to F.R.E. 803(6).

4. An Order excluding any bill or receipt unless the receipt specifically states the bases for the cost and the relevance to the case is apparent, pursuant to F.R.E. 402.

5. An Order excluding any document that contains analysis of the facts of this case and relevant statutes, unless contained in an expert's report, pursuant to F.R.E. 701 and 802.

6. An Order excluding any document that supports causes of actions or bases for causes of actions not contained in the Plaintiffs' [Amended] Verified Complaint for Declaratory and Injunctive Relief (Document 38), pursuant to F.R.E. 402.

7. An Order excluding any copies of text exchanges between the Plaintiffs and non-parties, pursuant to F.R.E. 402 and 802.

8. An Order excluding any documents such as letters or reports that are not part of an expert's report, pursuant to F.R.E. 403, 802, and 803.

For the above-stated reasons, the City requests this Honorable Court to issue the requested Orders excluding Plaintiffs' proposed evidence.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: s/Andrew Trundle
ANDREW TRUNDLE (BPR #30381)
CHRISTOPHER MCKNIGHT (BPR #34351)
*Assistant City Attorneys*
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250 (telephone)
(423) 643-8255 (facsimile)

*Attorneys for the City of Chattanooga*

## CERTIFICATE OF SERVICE

  This is to certify that a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

  Curtis L. Bowe, III, Esq.
  Bowe & Associates, PLLC
  6120 Shallowford Road, Suite 107
  Chattanooga, TN 37421


  This 27th day of January, 2026.

                s/Andrew Trundle
                ANDREW TRUNDLE
                CHRISTOPHER MCKNIGHT


Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250
(423) 643-8255

Page **3** of **3**

Case 1:24-cv-00203-MJD    Document 64    Filed 01/27/26    Page 3 of 3    PageID #: 321