UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:24-cv-203-MJD |
| CITY OF CHATTANOOGA, | ) ) ) | |
| Defendant. | ) | |

## ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND REQUIRING PLAINTIFFS TO SHOW CAUSE

This case is before the Court on Defendant City of Chattanooga's ("Defendant") Motion for Additional Time or to Declare Exhibits Inadmissible or to Dismiss [Doc. 63 (the "Motion")]. Plaintiffs Jennifer Crystal McDaniel and Nelson Wayne McDaniel ("Plaintiffs") never filed a response to the Motion. The Court deems Plaintiffs' failure to respond to be a waiver under local rules and therefore considers Defendant's motion unopposed. E.D. Tenn. L.R. 7.2.

In light of Plaintiffs' failure to respond to the Motion and the representations in the parties' jointly proposed final pretrial order [Doc. 66], the Court **ORDERS** Plaintiffs to **SHOW CAUSE** as to why the Court should not grant Defendant's request for sanctions. That is, Plaintiffs are **ORDERED** to file a written brief in support of their position regarding the imposition of the sanctions Defendant requests in the Motion, which **SHALL** include citations to relevant portions of the record and relevant authority. Plaintiffs' brief is due on or before **WEDNESDAY, FEBRUARY 11, 2026**. Defendant may, but is not required to, file a response to Plaintiffs' brief regarding sanctions, on or before **FEBRUARY 16, 2026**.

The final pretrial conference, which is currently set for Tuesday February 10, 2026 [Doc.

62], is **CONTINUED** and will now take place on **TUESDAY, FEBRUARY 17, 2026, at 10:00 A.M., EASTERN**. All previously imposed deadlines and requirements remain in place and are unaffected by entry of this Order.

SO ORDERED.

ENTER:

/s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE