**Zimbra**　　　　　　　　　　　　　　　curtisbowe@boweandassociates.com

## Fw: McDaniel v. City

**From :** mitzimullins@boweandassociates.com　　　　Wed, Feb 11, 2026 02:12 PM
**Subject :** Fw: McDaniel v. City　　　　　　　　　　　　📎 2 attachments
**To :** Curtis Bowe <curtisbowe@boweandassociates.com>

Mitzi Mullins
Paralegal for Bowe & Associates, PLLC
6120 Shallowford Road, Suite 107
Chattanooga, Tennessee 37421
423.475.6070/423475.6072
www.boweandassociates.com

*THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THE ORIGINAL WITHOUT RETAINING ANY COPIES. THANK YOU.*

---

**From:** Robert "Adam" Francescon <rfrancescon@chattanooga.gov>
**Sent:** Tuesday, January 27, 2026 8:36 AM
**To:** mitzimullins@boweandassociates.com <mitzimullins@boweandassociates.com>
**Subject:** Re: McDaniel v. City

Mitzi,

Thank you for sending! I was able to download from the dropbox.

Thanks,
Adam

On Fri, Jan 23, 2026 at 4:28 PM mitzimullins@boweandassociates.com <mitzimullins@boweandassociates.com> wrote:
> Yeah, I checked and Curtis' looks the same. He had to sign into a Microsoft account to open.
>
> I just sent them in a dropbox. Let me know if that helps.
>
> Mitzi Mullins
> Paralegal for Bowe & Associates, PLLC
> 6120 Shallowford Road, Suite 107
> Chattanooga, Tennessee 37421


EXHIBIT A

423.475.6070/423475.6072
www.boweandassociates.com

*THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THE ORIGINAL WITHOUT RETAINING ANY COPIES. THANK YOU.*

---

**From:** Robert "Adam" Francescon <rfrancescon@chattanooga.gov>
**Sent:** Friday, January 23, 2026 4:10 PM
**To:** mitzimullins@boweandassociates.com <mitzimullins@boweandassociates.com>
**Subject:** Re: McDaniel v. City

That might work. When I click on the link, this is what it shows me:

OneDrive

Delete   Move to   Copy to

Items Shared on 1-22-2026

Name ↑

On Fri, Jan 23, 2026 at 3:39 PM mitzimullins@boweandassociates.com <mitzimullins@boweandassociates.com> wrote:
> Hey, Adam, when I hit the link, it gives me an option top left to download all. Maybe if I add you to the share? What do you think?
>
> Mitzi Mullins
> Paralegal for Bowe & Associates, PLLC
> 6120 Shallowford Road, Suite 107
> Chattanooga, Tennessee 37421
> 423.475.6070/423475.6072
> www.boweandassociates.com
>
>
> *THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THE ORIGINAL WITHOUT RETAINING ANY COPIES. THANK YOU.*

2/11/26, 8:55 PM                                                                 Zimbra
https://mail.epbfi.com/h/printmessage?id=383022&tz=America/New_York&xim=1                                  2/3

**From:** Robert "Adam" Francescon <rfrancescon@chattanooga.gov>
**Sent:** Friday, January 23, 2026 2:00 PM
**To:** Mitzi Mullins <mitzimullins@boweandassociates.com>
**Subject:** McDaniel v. City

Mitzi,

The attorney received the OneDrive link with your exhibits for this case. Is there a way to download the folder? I could only see that I could download each file individually.

Thanks,

**Adam Francescon**
Legal Assistant

___

City of Chattanooga
Office of the City
Attorney
2nd Floor, City Hall Annex
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
E:
rfrancescon@chattanooga.gov
P: 423-643-8244
W:
www.chattanooga.gov



**CONFIDENTIAL: SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**
**NOTICE** – This electronic message (and any documents attached to it) is intended only for the use of the addressee and may contain information that is privileged and confidential and/or may contain attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and any attachments, destroy any hard copies you may have created, and notify the sender immediately so that our address record can be corrected. IRS Circular 230 requires us to inform you that any statements contained herein are not intended to be used, and cannot be used, by you or any other taxpayer, for the purpose of avoiding any penalties that may be imposed by federal tax law.