U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☐ MOTION HEARING
☐ PRETRIAL CONFERENCE
☑ OTHER

Case No: 1:24-cv-203    McDaniel et al    v. City of Chattanooga et al

PRESENT: Honorable Mike Dumitru    ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

Curtis Bowe
Attorney(s) for Plaintiff(s)

Andrew Trundle
Attorney(s) for Defendant(s)

Christopher McKnight
Attorney(s) for Defendant(s)

Ashley Williams
Courtroom Deputy

DCR 4
Court Reporter

PROCEEDINGS:
Status Conference held. This trial should last 3 days. The trial has been continued to March 23, 2026 at 9:00 am. Pretrial Conference will be set for March 12, 2026 at 10:00 am.
I, Ashley Williams, CERTIFY the official record of this proceeding is an audio file. Chatt DCR 1-24-cv-203_20260220_084220

TESTIMONY BY: _____

TRIAL SET: 3/23/2026 at 9:00 am

Time: 9:04 to 9:57    Date: 2/20/2026

REV 7/14