UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER CRYSTAL MCDANIEL and <br> NELSON WAYNE MCDANIEL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHATTANOOGA, <br><br> Defendant. | No. 1:24-cv-203-MJD |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court on March 4, 2026, on the request of the parties pursuant to Federal Rule of Civil Procedure 16, and Curtis Bowe having appeared as counsel for Plaintiffs, and Andrew Trundle and Christopher McKnight having appeared as counsel for Defendants wherein the following was announced to the Court that the parties stipulate that this case lacks ripeness. Because it lacks ripeness, it also lacks justiciability and must therefore be dismissed without prejudice.

**BASED ON THE FOREGOING**, this matter is **DISMISSED WITHOUT PREJUDICE**.

**ENTERED** this _____ day of March, 2026.

_____
MICHAEL DUMITRU
UNITED STATES MAGISTRATE JUDGE

1

APPROVED AS TO FORM AND SUBSTANCE:

**BOWE & ASSOCIATES, PLLC**

By: s/*Curtis L. Bowe, III*
    Curtis L. Bowe, III (BPR No. 017037)
    6120 Shallowford Road, Suite 107
    Chattanooga, TN 37421
    (423) 475-6070 (telephone)
    (423) 475-6072 (facsimile)\

    *Attorney for Crystal McDaniel and Nelson McDaniel*


**OFFICE OF THE CITY ATTORNEY**
CITY OF CHATTANOOGA, TENNESSEE

By: s/*Andrew Trundle*
    Andrew Trundle (BPR No. 30381)
    Christopher McKnight (BPR No. 34351)
    *Assistant City Attorneys*
    100 E. 11th Street, Suite 200
    Chattanooga, TN 37402
    (423) 643-8250 (telephone)
    (423) 643-8255 (facsimile)

    *Attorneys for the City of Chattanooga*