UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER CRYSTAL MCDANIEL and NELSON WAYNE MCDANIEL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHATTANOOGA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 1:24-cv-203-MJD |

## ORDER

Pursuant to the parties' jointly filed Stipulation of Dismissal Without Prejudice [Doc. 73], this case is **DISMISSED WITHOUT PREJUDICE**. The final pretrial conference and trial are hereby **CANCELED**. The Clerk is respectfully directed to close this case.

SO ORDERED.

ENTER:

/s/ MIKE DUMITRU
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE